**Order entered September 24, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01034-CV

## IN RE STEVE PAUL LAFREDO, Relator

**Original Proceeding from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-16693**

## ORDER

Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DOUGLAS S. LANG
JUSTICE